# SHAKED LAW GROUP, P.C.
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

_____

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

April 13, 2023

<u>Via ECF</u>

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Nadreca Reid v. Sudshare, Inc.**
**Case No. 23-cv-706-JLR**

Dear Judge Rochon:

     The parties in the above-referenced action respectfully submit this joint letter in accordance with Your Honor's Order dated January 31, 2023 and revised on April 10, 2023 [Docket No. 9].

     The parties have not met and conferred.
     The parties agree that Plaintiff has satisfied the threshold requirement of standing.
     The parties respectfully request that the case be referred to a magistrate judge for a settlement conference.

Respectfully submitted,

SHAKED LAW GROUP, P.C.

By: */s/Dan Shaked*_____
    Dan Shaked, Esq.
    14 Harwood Court, Suite 415
    Scarsdale, NY 10583
    Telephone: (917) 373-9128
    Email: shakedlawgroup@gmail.com
    *Attorneys for Plaintiff*

35779573.1